## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **FRANK GALBAN,** *Plaintiff* | § § § |
| v. | § § |
| **ENDEAVOR REAL ESTATE GROUP** and **HOBBY LOBBY STORES, INC.,** *Defendants* | § Case No. 1:23-CV-01489-RP § § § § |

## O R D E R

Defendant Hobby Lobby Stores, Inc. ("Hobby Lobby") filed a notice of removal on December 7, 2023. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **February 21, 2024**.

**SIGNED** on February 7, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE