UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FRANK GALBAN,<br>    *Plaintiff*<br><br>v.<br><br>ENDEAVOR REAL ESTATE GROUP<br>and HOBBY LOBBY STORES, INC.,<br>    *Defendants* | §<br>§<br>§<br>§<br>§   Case No. 1:23-CV-01489-RP<br>§<br>§<br>§<br>§ |

**O R D E R**

The parties filed a Proposed Scheduling Order on February 9, 2024. Dkt. 11. The Proposed Scheduling Order does not conform to U.S. District Judge Robert Pitman's Proposed Agreed Scheduling Order posted on the website for the U.S. District Court for the Western District of Texas. The parties must submit to the Court a proposed scheduling order that follows this form. W.D. TEX. LOC. R. CV-16(a). The proposed scheduling order must contain exact dates.

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint proposed scheduling order using Judge Pitman's form on or before **March 7, 2024**.

**SIGNED** on February 26, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE